## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### Civil C(  07cv7013
Judge ANDERSEN
Mag. Judge DENLOW

This automated JS-44 conforms generally to the man United States in September 1974. The data is require initiating the civil docket sheet. The information con and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** TIMOTHY D. PETTY

**Defendant(s):** CITY OF CHICAGO, MICHAEL CONWAY, MARK REGAL, GREGORY DANZ, WILLIAM DAVIS, HARRY FENNER, JOSEPH O'CARROLL, ALLEN LEE, JAMIE KANE, J. WEITZMAN and ELIZABETH DAWSON

DEC 13 2007
FILED
J.N  DEC 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

County of Residence: Cook

County of Residence: Cook

Patrick M. Campanelli
9760 S. Roberts Road
Suite 1
Palos Hills, IL 60465

Defendant's Atty:
Scott Jebson
Chief Assistant Corporation Counsel
City of Chicago Department of Law
30 N. LaSalle Suite 1400
Chicago, Il 60602

**II. Basis of Jurisdiction:**
3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:- N/A

Defendant:- N/A

**IV. Origin :**2 Remove From State Court

**V. Nature of Suit:**
440 Other Civil Rights

**VI. Cause of Action:**
Monell

**VII. Requested in Complaint**

Class Action: No

Dollar Demand: $ 30,000,987.00

Jury Demand: Yes

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** _____

**Date:** December 13, 2007

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**          Revised: 06/28/00