**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number: 07-7013 |
| TIMOTHY D. PETTY | |
| v. | |
| CITY OF CHICAGO, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TIMOTHY D. PETTY

| |
|---|
| NAME (Type or print) |
| Michael D. Bersani |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michael D. Bersani |
| FIRM |
| HERVAS, CONDON & BERSANI, P.C. |
| STREET ADDRESS |
| 333 Pierce Road, Suite 195 |
| CITY/STATE/ZIP |
| Itasca, IL  60143 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06200897 | 630-773-4774 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY D. PETTY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 7013 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Honorable Wayne R. Anderson |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2008, I filed the foregoing *Appearance* with the Clerk of the U.S. District Court, Eastern Division, using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

TO:  Scott J. Jebson
City of Chicago
Dept. of Law Individual Defense Litigation
30 N. LaSalle Street
Suite 1400
Chciago, IL 60602
Ph:   312-742-6433
sjebson@cityofchicago.org

Patrick M. Campanelli
9760 S. Roberts Road, Suite 1
Palos Hills, IL 60465
patrickcampanelli@sbcglobal.net

s/ Michael D. Bersani
MICHAEL D. BERSANI, Atty No. 06200897
Attorney for Plaintiff
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mbersani@hcbattorneys.com

2