IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY D. PETTY | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Case No. 07 C 7013 |
| v. | ) |
| | ) |
| CITY OF CHICAGO, et al., | ) Honorable Wayne R. Anderson |
| | ) |
|    Defendants. | ) |

## NOTICE OF MOTION

**TO:** <u>See</u> attached Certificate of Service.

    **PLEASE TAKE NOTICE** that on the **6th day of March 2008, at 9:00 a.m.**, I shall appear before the Honorable Wayne R. Anderson in the courtroom where he usually presides, Courtroom 1403, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present the *Plaintiff's Motion for Leave to File a Third Amended Complaint at Law*.

                                       <u>s/Michael W. Condon</u>
                                         MICHAEL W. CONDON, Atty. Bar No. 06192071
                                         JASON W. ROSE, Atty. Bar No. 06208130
                                         Attorney for the Plaintiff
                                         HERVAS, CONDON & BERSANI, P.C.
                                         333 Pierce Road, Suite 195
                                         Itasca, IL 60143-3156
                                         Ph: 630-773-4774
                                         <u>mcondon@hcbattorneys.com</u>
                                         <u>jrose@hcbattorneys.com</u>

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY D. PETTY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 7013 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Honorable Wayne R. Anderson |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2008, I filed the foregoing *Notice of Motion* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

TO:  Scott J. Jebson
City of Chicago
Department of Law Individual
Defense Litigation
30 N. LaSalle Street, Suite 1400
Chicago, IL 60602
sjebson@cityofochicago.org

Patrick M. Campanelli
9760 S. Roberts Road, Suite 1
Palos Hills, IL 60465
patrickcampanelli@sbcglobal.net

s/Michael W. Condon
MICHAEL W. CONDON, Atty. Bar No. 06192071
JASON W. ROSE, Atty. Bar No. 06208130
Attorney for the Plaintiff
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Ph:  630-773-4774
mcondon@hcbattorneys.com
jrose@hcbattorneys.com

2