**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Timothy D. Petty
                    Plaintiff,

v.                                              Case No.: 1:07−cv−07013
                                                Honorable Wayne R. Andersen

City of Chicago, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2008:

   MINUTE entry before Judge Wayne R. Andersen :Plaintiff's motion for leave to file [9] third amended complaint is granted. The amended complaint shall be filed as a separate document and not as an attachment. Defendants to answer or otherwise plead to plaintiff's complaint by 4/25/2008.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.