# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of: | Case Number: | 07 C 7013 |
|---|---|---|

PETTY

v.

CITY OF CHICAGO, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago, Defendant

---

NAME (Type or print)
Helen C. Gibbons

---

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
 /s/ Helen C. Gibbons

---

FIRM    City of Chicago Department of Law

---

STREET ADDRESS    30 North LaSalle Street, Suite 1020

---

CITY/STATE/ZIP    Chicago, Illinois 60602

---

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6275583 | TELEPHONE NUMBER<br>(312) 742-3541 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES **X**        NO ☐

---

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐        NO **X**

---

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES ☐        NO **X**

---

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES **X**    NO ☐

---

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐