# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case | 07 C 7013 |
|---|---|---|

Timothy Petty v. City of Chicago, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael Conway, Mark Regal, Gregory Danz, William Davis, Harry Fenner, Joseph O'Carroll

Allen Lee, Jamie Kane, Joshua Weitzman and Elizabeth Dawson

| | |
|---|---|
| SIGNATURE<br><br>\s\ Margaret A. Carey | |
| FIRM<br><br>City of Chicago, Corporation Counsel's Office | |
| STREET ADDRESS<br>30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP<br><br>Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06206693 | TELEPHONE NUMBER<br>(312)744-6073 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?       YES X       NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES ☐       NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?       YES X   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES X   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |