IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY P. PETTY, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7013 |
| | ) | |
| v. | ) | |
| | ) | Judge Andersen |
| THE CITY OF CHICAGO,  et al. | ) | |
| | ) | Magistrate Judge Denlow |
| Defendants. | ) | |
| | ) | |

**NOTICE OF MOTION**

To:    All parties of record


**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S THIRD AMENDED COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Andersen, or before such other Judge sitting in his place or stead, on the 1st day of May, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 25th day of April 2008.


MARA S. GEORGES
CORPORATION COUNSEL
CITY OF CHICAGO


BY:    /s/ Helen C. Gibbons

City of Chicago, Department of Law          HELEN C. GIBBONS
30 North LaSalle Street, Suite 1020          Assistant Corporation Counsel
Chicago, Illinois  60602                          Attorney for Defendant City
(312) 742-3541 Phone
(312) 744-3989 Fax
Attorney No. 6292881