IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY P. PETTY, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7013 |
| | ) | |
| v. | ) | |
| | ) | Judge Andersen |
| THE CITY OF CHICAGO, et al. | ) | |
| | ) | Magistrate Judge Denlow |
| Defendants. | ) | |
| | ) | |

**NOTICE OF MOTION**

To:   All parties of record

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY'S MOTION TO DISMISS COUNT III OF PLAINTIFF'S THIRD AMENDED COMPLAINT AT LAW WITH PREJUDICE,** a copy of which is attached hereto and herewith served upon you.

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Andersen, or before such other Judge sitting in his place or stead, on the 29th day of May, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

    **DATED** at Chicago, Illinois this 23rd day of May 2008.

                                        MARA S. GEORGES
                                        CORPORATION COUNSEL
                                        CITY OF CHICAGO

                    BY:   /s/ Helen C. Gibbons
                            HELEN C. GIBBONS
                            Assistant Corporation Counsel
                            Attorney for Defendant City

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 742-3541 Phone
(312) 744-3989 Fax
Attorney No. 6292881