**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TIMOTHY D. PETTY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 7013 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Honorable Wayne R. Anderson |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 19, 2008, I filed this *Certificate of Service* for *Plaintiff's First Set of Interrogatories to Defendants City of Chicago, M. Conway, M. Regal, G. Danz, W. Davis, H. Fenner, J. O'Carroll, A. Lee, J. Kane, J. Weitzman and E. Dawson* <u>AND</u> *Plaintiff's First Set of Requests for the Production of Documents to Defendants City of Chicago, M. Conway, M. Regal, G. Danz, W. Davis, H. Fenner, J. O'Carroll, A. Lee, J. Kane, J. Weitzman and E. Dawson* with the Clerk of the U.S. District Court, Eastern Division, using the CM/ECF system:

       **TO:**   See attached Service List.

by depositing same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on June 19, 2008, by 5:00 p.m., with the proper postage prepaid.

       This certificate of service was electronically filed with the Clerk of the Court on June 19, 2008, using the CM/ECF system which will send notification of such filing to any CM/ECF participants.

**s/ T. Nicholas Goanos**
T. Nicholas Goanos, Atty No. 06289586
Michael W. Condon, Atty No. 06192071
Attorneys for Plaintiff
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
ngoanos@hcbattorneys.com
mcondon@hcbattorneys.com

## SERVICE LIST

**TO:**  Helen Catherin Gibbons
Scott J. Jebson
City of Chicago, Department of Law
Individual Defense Litigation
30 N. LaSalle Street
Suite 1400
Chicago, IL 60602
helen.gibbons@cityofchicago.org
sjebson@cityofochicago.org
*Attorneys for City of Chicago*

Patrick M. Campanelli
9760 S. Roberts Road
Suite 1
Palos Hills, IL 60465
patrickcampanelli@sbcglobal.net
*One of the Attorneys for Plaintiff*

Margaret Ann Carey
Kathryn M. Doi
City of Chicago, Department of Law
Individual Defense Litigation
30 N. LaSalle Street
Suite 1400
Chicago, IL 60602
mcarey@cityofchicago.org
kdoi@cityofchicago.org
*Attorneys for Conway, Regal, Danz, Davis, Fenner, O'Carroll, Lee, Kane, Weitzman & Dawson*