IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY D. PETTY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 7013 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Honorable Wayne R. Andersen |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW APPEARANCE OF
## T. NICHOLAS GOANOS

MICHAEL W. CONDON, an attorney, hereby moves to withdraw the appearance of T. NICHOLAS GOANOS as counsel for Plaintiff, TIMOTHY D. PETTY, in the present matter.

In support of this motion, the undersigned states:

1.  T. Nicholas Goanos is no longer employed by Hervas, Condon & Bersani, P.C., the firm representing the above named Plaintiff in this matter.

2.  Michael W. Condon, Michael D. Bersani and Jason W. Rose will remain as counsel for the above named Plaintiff.

WHEREFORE, Plaintiff respectfully request that this Honorable Court enter an order permitting the withdrawal of T. Nicholas Goanos' appearance as counsel in this matter.

s/Michael W. Condon
MICHAEL W. CONDON, Atty. Bar No. 06192071
Attorney for the Plaintiff
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mcondon@hcbattorneys.com

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TIMOTHY D. PETTY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 7013 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Honorable Wayne R. Andersen |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2008, I filed the foregoing *Notice of Motion* with the Clerk of the U.S. District Court, Eastern Division, using the CM/ECF system, which will send notification to the following participants:

**TO:**   Helen Catherin Gibbons
Scott J. Jebson
City of Chicago, Department of Law
Individual Defense Litigation
30 N. LaSalle Street
Suite 1400
Chicago, IL 60602
helen.gibbons@cityofchicago.org
sjebson@cityofchicago.org
*Attorneys for City of Chicago*

Patrick M. Campanelli
9760 S. Roberts Road
Suite 1
Palos Hills, IL 60465
patrickcampanelli@sbcglobal.net
*One of the Attorneys for Plaintiff*

Margaret Ann Carey
Kathryn M. Doi
City of Chicago, Department of Law
Individual Defense Litigation
30 N. LaSalle Street
Suite 1400
Chicago, IL 60602
mcarey@cityofchicago.org
kdoi@cityofchicago.org
*Attorneys for Conway, Regal, Danz, Davis, Fenner, O'Carroll, Lee, Kane, Weitzman & Dawson*

s/ Michael W. Condon
Michael W. Condon, Atty No. 06192071
Attorney for Plaintiff
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mcondon@hcbattorneys.com

2