IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY D. PETTY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 7013 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Honorable Wayne R. Andersen |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   *See Attached Certificate of Service*

**PLEASE TAKE NOTICE** that on the **17th day of July 2008, at 9:00 a.m.**, I shall appear before the Honorable Wayne R. Andersen in the courtroom where he usually presides, Courtroom 1403, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present the *Motion to Withdraw Appearance of T. Nicholas Goanos*.

>                    **s/Michael W. Condon**
> MICHAEL W. CONDON, Atty. Bar No. 06192071
> Attorney for the Plaintiff
> HERVAS, CONDON & BERSANI, P.C.
> 333 Pierce Road, Suite 195
> Itasca, IL 60143-3156
> Phone:  630-773-4774
> Fax:  630-773-4851
> mcondon@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY D. PETTY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 7013 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Honorable Wayne R. Andersen |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2008, I filed the foregoing *Notice of Motion* with the Clerk of the U.S. District Court, Eastern Division, using the CM/ECF system, which will send notification to the following participants:

**TO:** Helen Catherin Gibbons
Scott J. Jebson
City of Chicago, Department of Law
Individual Defense Litigation
30 N. LaSalle Street
Suite 1400
Chicago, IL 60602
helen.gibbons@cityofchicago.org
sjebson@cityofochicago.org
*Attorneys for City of Chicago*

Patrick M. Campanelli
9760 S. Roberts Road
Suite 1
Palos Hills, IL 60465
patrickcampanelli@sbcglobal.net
*One of the Attorneys for Plaintiff*

Margaret Ann Carey
Kathryn M. Doi
City of Chicago, Department of Law
Individual Defense Litigation
30 N. LaSalle Street
Suite 1400
Chicago, IL 60602
mcarey@cityofchicago.org
kdoi@cityofchicago.org
*Attorneys for Conway, Regal, Danz, Davis, Fenner, O'Carroll, Lee, Kane, Weitzman & Dawson*

s/ Michael W. Condon
Michael W. Condon, Atty No. 06192071
Attorney for Plaintiff
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mcondon@hcbattorneys.com