3007707-MJM                                                                  6276278

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|
| TIMOTHY D. PETTY, | 07 C 7013 |
| Plaintiff | |
| vs. | |
| CITY OF CHICAGO, and CHICAGO POLICE OFFICERS MICHAEL CONWAY, MARK REGAL, GREGORY DANZ, WILLIAM DAVIS, HARRY FENNER, JOSEPH O'CARROLL, ALLEN LEE, JAMIE KANE, J. WEITZMAN, and ELIZABETH DAWSON, each individual sued in his or her individual capacity, | Honorable Wayne R. Anderson |
| Defendants | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

CITY OF CHICAGO, and CHICAGO POLICE OFFICERS MICHAEL CONWAY, MARK REGAL, GREGORY DANZ, WILLIAM DAVIS, HARRY FENNER, JOSEPH O'CARROLL, ALLEN LEE, JAMIE KANE, J. WEITZMAN, and ELIZABETH DAWSON

| SIGNATURE | *[signature]* | |
|---|---|---|
| FIRM | SMITHAMUNDSEN LLC | |
| STREET ADDRESS | 150 NORTH MICHIGAN AVENUE, SUITE 3300 | |
| CITY/STATE/ZIP | CHICAGO, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6276278 | TELEPHONE NUMBER (312) 894-3200 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ] | NO [X] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [ ] | APPOINTED COUNSEL [ ] | |