3007707-MJM                                                                                          6210275

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
| --- | --- |
| TIMOTHY D. PETTY, | 07 C 7013 |
| Plaintiff | |
| vs. | |
| CITY OF CHICAGO, and CHICAGO POLICE | Honorable Wayne R. Anderson |
| OFFICERS MICHAEL CONWAY, MARK | |
| REGAL, GREGORY DANZ, WILLIAM DAVIS, | |
| HARRY FENNER, JOSEPH O'CARROLL, | |
| ALLEN LEE, JAMIE KANE, J. WEITZMAN, and | |
| ELIZABETH DAWSON, each individual sued in | |
| his or her individual capacity, | |
| Defendants | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

<u>CITY OF CHICAGO, and CHICAGO POLICE OFFICERS MICHAEL CONWAY, MARK REGAL, GREGORY DANZ, WILLIAM DAVIS, HARRY FENNER, JOSEPH O'CARROLL, ALLEN LEE, JAMIE KANE, J. WEITZMAN, and ELIZABETH DAWSON</u>

| SIGNATURE *[signature: Marcia Thry]* | |
| --- | --- |
| FIRM  SMITHAMUNDSEN LLC | |
| STREET ADDRESS  150 NORTH MICHIGAN AVENUE, SUITE 3300 | |
| CITY/STATE/ZIP  CHICAGO, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6210275 | TELEPHONE NUMBER  (312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES /X/   NO / / |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES / /   NO /X/ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES /X/   NO / / |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES /X/   NO / / |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL / / | APPOINTED COUNSEL / / |