3007707-MJM/CMK                                                                 #6276278

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TIMOTHY D. PETTY, | |
| Plaintiff, | |
| vs. | No. 07 CV 7013 |
| CITY OF CHICAGO, *et al.*, | Hon. Wayne R. Andersen |
| Defendants. | |

### NOTICE OF FILING

To:  Michael W. Condon
     Jason W. Rose
     T. Nicholas Goanos
     Hervas, Condon & Bersani, P.C.
     333 Pierce Road, Suite 915
     Itasca, IL 60243-3156

PLEASE TAKE NOTICE that on the **18th day of July, 2008**, we filed **DEFENDANT CITY OF CHICAGO'S REPLY TO PLAINTIFF'S RESPONSE TO CITY'S MOTION TO DISMISS COUNT III OF PLAINTIFF'S THIRD AMENDED COMPLAINT WITH PREJUDICE,** in the United States District Court, Northern District, Eastern Division in Chicago, Illinois, a copy of which is herewith served upon you.

SMITHAMUNDSEN LLC

BY:   /s/ Camille M. Knight
      Attorney for Defendants

Michael J. McGowan – 6199089
Camille M. Knight - 6276278
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3200
Fax: (312) 894-3210

### AFFIDAVIT OF SERVICE

I hereby certify that on the 18th day of July, 2008, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the above attorney and a copy of same will be mailed if attorney is a non-participant of the CM/ECF system.

/s/Camille M. Knight