IL ARDC No. 6276278                                                                                      3007707 MJM/CMK

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY D. PETTY,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>CITY OF CHICAGO, and CHICAGO POLICE OFFICERS MICHAEL CONWAY, MARK REGAL, GREGORY DANZ, WILLIAM DAVIS, HARRY FENNER, JOSEPH O'CARROLL, ALLEN LEE, JAMIE KANE, J. WEITZMAN, and ELIZABETH DAWSON, each individual sued in his or her individual capacity,<br><br>　　　Defendants. | No. 07 CV 7013<br><br>Hon. Wayne R. Andersen |

### MOTION TO SUBSTITUTE AND WITHDRAW ATTORNEYS

Defendants City of Chicago ("City"), Michael Conway, Mark Regal, Gregory Danz, William Davis, Harry Fenner, Joseph O'Carroll, Allen Lee, Jamie Kane, J. Weitzman, and Elizabeth Dawson, by and through their attorneys of record, file this Motion to Substitute and Withdraw Attorneys, requesting that the Court allow counsel employed by the City of Chicago to withdraw and allow SmithAmundsen LLC to substitute in on behalf of all Defendants. As grounds therefore, Defendants state as follows:

　　1.　　SmithAmundsen LLC has filed entries of appearances on behalf of the City of Chicago and all the individual Defendants in this matter.

　　2.　　Prior to retaining SmithAmundsen LLC, attorneys from the City of Chicago previously entered appearances on behalf of the City and all individual Defendants.

3.  All of the Defendants agree to the withdrawal of attorneys employed by the City of Chicago and the substitution of SmithAmundsen LLC.

4.  This substitution is not sought for purposes of delay. There is no scheduling order currently in place regarding the instant matter, and the substitution is not likely to cause any delay as the case moves forward.

5.  Counsel to be withdrawn are:

| | |
|---|---|
| Kathryn M. Doi<br>City of Chicago<br>30 N. LaSalle Street<br>Chicago, IL 60602 | Helen Catherine Gibbons<br>City of Chicago<br>30 N. LaSalle Street<br>Chicago, IL 60602 |
| Margaret Ann Carey<br>City of Chicago<br>30 N. LaSalle Street<br>Chicago, IL 60602 | Scott J. Jebson<br>City of Chicago<br>30 N. LaSalle Street<br>Chicago, IL 60602 |

WHEREFORE, Defendants request that the Court grant this motion and allow the counsel listed above to withdraw, and to substitute in SmithAmundsen LLC on behalf of all Defendants.

Respectfully submitted,

SMITHAMUNDSEN LLC

By:    /s/ Camille M. Knight
       Camille M. Knight

Michael J. McGowan
Marcie Thorp
Camille M. Knight
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601
(312) 894-3200

City of Chicago

By:    /s/ Kathryn M. Doi
       Kathryn M. Doi

30 N. LaSalle Street
Chicago, IL 60602
(312) 744-0742