UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY D. PETTY,<br>　　　　　　Plaintiff<br>vs.<br>CITY OF CHICAGO, and CHICAGO POLICE OFFICERS MICHAEL CONWAY, MARK REGAL, GREGORY DANZ, WILLIAM DAVIS, HARRY FENNER, JOSEPH O'CARROLL, ALLEN LEE, JAMIE KANE, J. WEITZMAN, and ELIZABETH DAWSON, each individual sued in his or her individual capacity,<br>　　　　　　Defendants | Case No: 07 C 7013<br><br>Honorable Wayne R. Anderson |

## NOTICE OF MOTION

TO:   Michael W. Condon
　　　Jason W. Rose
　　　T. Nicholas Goanos
　　　Hervas, Condon & Bersani, P.C.
　　　333 Pierce Road, Suite 915
　　　Itasca, IL 60243-3156

　　　On **July 31, 2008 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Wayne R. Anderson** or any Judge sitting in that Judge's stead, in the courtroom usually occupied by him, located at **Room 1403** of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Motion to Substitute and Withdraw Attorneys,** for hearing instanter.

| | |
|---|---|
| Name  SmithAmundsen LLC | Atty. No. 6276278 |
| Address  150 North Michigan Avenue, Suite 3300 | Attorney for Defendant |
| City/State/Zip  Chicago, IL 60601 | Telephone  (312) 894-3200 |

## PROOF OF SERVICE BY DELIVERY

　　　I,_____, the attorney/non-attorney certify that on the _____ day of _____, _____, I served this notice by delivering a copy personally to each person to whom it is directed.

　　　　　　　　　　　　　　　　　　　　　Date_____, _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Signature/Certification

## CERTIFICATE OF SERVICE

　　　I, Julia Crews, after being first duly sworn on oath, depose and state that I served this Notice, together with the documents herein referred, to the above-named attorneys at the addresses listed by having a copy e-filed on July 23, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Julia Crews

SUBSCRIBED and SWORN to before
me this 23rd day of July, 2008.

_____
Notary Public

OFFICIAL SEAL
BETH CORONADO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/28/09