UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Timothy D. Petty
        Plaintiff,

v.             Case No.: 1:07−cv−07013
             Honorable Wayne R. Andersen

City of Chicago, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

  MINUTE entry before the Honorable Wayne R. Andersen:Defendants motion to substitute attorney [35] and withdraw attorneys is granted. Kathryn M. Doi, Helen Catherine Gibbons, Margaret Ann Carey and Scott J. Jebson are given leave to withdraw their appearances. Camille M. Knight, Michael J. McGowan and Marcie Thorp are given leave to file their appearances on behalf of all defendants. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.